JLG:KCM
F. #2023R00773

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 3 0 2026   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

MARK TEAGUE,
   also known as "Pop," and
WILLIAM HANKINS,
   also known as "Billz,"

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

INDICTMENT

Cr. No. **CR26      197**
(T. 18, U.S.C., §§ 982(a)(2), 982(b)(1),
1028A(a)(1), 1028A(b), 1028A(c)(5),
1343, 1344, 1349, 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p))

**CHOUDHURY, J.**

DUNST, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy to Commit Wire Fraud and Bank Fraud)

1.     In or about and between May 2022 and July 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MARK TEAGUE, also known as "Pop," and WILLIAM HANKINS, also known as "Billz," together with others, did knowingly and intentionally conspire to execute a scheme and artifice, to wit:

     (a)     to defraud and to obtain money and property from Bank-1, a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation and the identity of which is known to the Grand Jury, by means of one or more materially false and fraudulent pretenses, representations and promises, and to transmit and cause to be transmitted by means of wire communications in interstate commerce, writings, signs,

signals, pictures and sounds, for the purpose of executing the scheme to defraud, contrary to Title 18, United States Code, Section 1343; and

(b)     to defraud Bank-1, and to obtain moneys, funds, credits and other property owned by and under the custody and control of Bank-1, by means of one or more materially false and fraudulent pretenses, representations and promises, contrary to Title 18, United States Code, Section 1344.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

## COUNT TWO
(Wire Fraud)

2.     In or about and between May 2022 and July 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MARK TEAGUE, also known as "Pop," and WILLIAM HANKINS, also known as "Billz," together with others, did knowingly and intentionally devise a scheme and artifice to defraud and to obtain money and property from Bank-1 by means of one or more materially false and fraudulent pretenses, representations and promises, and for the purpose of executing and attempting to execute such scheme and artifice did transmit and cause to be transmitted, by means of wire communications in interstate commerce, writings, signs, signals, pictures and sounds, to wit: electronic withdrawal and payment instructions.

(Title 18, United States Code, Sections 1343, 2 and 3551 et seq.)

## COUNT THREE
(Bank Fraud)

3.     In or about and between May 2022 and July 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MARK TEAGUE, also known as "Pop," and WILLIAM HANKINS, also known as

"Billz," together with others, did knowingly and intentionally execute and attempt to execute a scheme or artifice to defraud Bank-1 and to obtain moneys, funds, credit and other property owned by, and under the custody and control of, Bank-1, by means of one or more materially false and fraudulent pretenses, representations and promises.

(Title 18, United States Code, Sections 1344, 2 and 3551 et seq.)

## COUNT FOUR
### (Conspiracy to Commit Wire Fraud and Bank Fraud)

4. In or about and between May 2022 and August 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MARK TEAGUE, also known as "Pop," and WILLIAM HANKINS, also known as "Billz," together with others, did knowingly and intentionally conspire to execute a scheme and artifice, to wit:

(a) to defraud and to obtain money and property from Bank-2, a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation and the identity of which is known to the Grand Jury, by means of one or more materially false and fraudulent pretenses, representations and promises, and to transmit and cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures and sounds, for the purpose of executing the scheme to defraud, contrary to Title 18, United States Code, Section 1343; and

(b) to defraud Bank-2, and to obtain moneys, funds, credits and other property owned by and under the custody and control of Bank-2, by means of one or more materially false and fraudulent pretenses, representations and promises, contrary to Title 18, United States Code, Section 1344.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

4

## COUNT FIVE
### (Wire Fraud)

5.       In or about and between May 2022 and August 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MARK TEAGUE, also known as "Pop," and WILLIAM HANKINS, also known as "Billz," together with others, did knowingly and intentionally devise a scheme and artifice to defraud and to obtain money and property from Bank-2 by means of one or more materially false and fraudulent pretenses, representations and promises, and for the purpose of executing and attempting to execute such scheme and artifice did transmit and cause to be transmitted, by means of wire communications in interstate commerce, writings, signs, signals, pictures and sounds, to wit: electronic withdrawal and payment instructions.

(Title 18, United States Code, Sections 1343, 2 and 3551 et seq.)

## COUNT SIX
### (Bank Fraud)

6.       In or about and between May 2022 and August 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MARK TEAGUE, also known as "Pop," and WILLIAM HANKINS, also known as "Billz," together with others, did knowingly and intentionally execute and attempt to execute a scheme or artifice to defraud Bank-2 and to obtain moneys, funds, credit and other property

owned by, and under the custody and control of, Bank-2, by means of one or more materially false and fraudulent pretenses, representations and promises.

(Title 18, United States Code, Sections 1344, 2 and 3551 et seq.)

## COUNT SEVEN
(Aggravated Identity Theft)

7.     In or about and between May 2022 and July 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MARK TEAGUE, also known as "Pop," and WILLIAM HANKINS, also known as "Billz," together with others, during and in relation to the crimes charged in Counts Two, Three, Five and Six did knowingly and intentionally transfer, possess and use, without lawful authority, one or more means of identification of one or more persons, to wit: the name and social security number of one or more persons, individuals whose identities are known to the Grand Jury, knowing that the means of identification belonged to said persons.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), 1028A(c)(5), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
### AS TO COUNTS ONE THROUGH SIX

8.     The United States hereby gives notice to the defendants that, upon their conviction of any of the offenses charged in Counts One through Six, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(2), which requires any person convicted of such offenses, to forfeit any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses.

9.     If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

6

(a)　　cannot be located upon the exercise of due diligence;

(b)　　has been transferred or sold to, or deposited with, a third party;

(c)　　has been placed beyond the jurisdiction of the court;

(d)　　has been substantially diminished in value; or

(e)　　has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(2) and 982(b)(1); Title 21, United States Code, Section 853(p))

A TRUE BILL

_____

FOREPERSON

By: _Whitman G.S. Knapp, AUSA_

JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK